**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# Case No. 11-CV-61801-COHN/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 11-CV-61801-COHN/WHITE

FILED by ___ D.C.
AUG 10 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

GENE RAMIREZ
(Enter the full name of the plaintiff in this action)

v.

BROWARD COUNTY MAIN JAIL

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.



cat / div 550/1983/FTL
Case # ___
Judge ___ Mag White
Motn Ifp Yes Fee pd $ N/A
Receipt # ___

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

**I. Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: GENE RAMIREZ

Inmate #: 571003541

Address: P.O. BOX 9356 MAIN JAIL

FT. LAUD. FLORIDA (7B1-10) 33310

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: BROWARD COUNTY MAIN JAIL

is employed as DETENTION FACILITY

at P.O. BOX 9356 FT. LAUD. FL. 33310

C. Additional Defendants: ______

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

ON 04-23-10 AT AROUND 4-5(AM) WHILE ON MY 4 YEAR OLD STEP SONS BICYCLE [redacted] I WAS INVOLVED IN A CAR-BIKE ACCIDENT. I WAS STRUCK BY A VEHICLE TRAVELING APPROXIMATELY 40 MPH. I BOUNCED OF THE VEHICLES FRONT METAL PARTS I FLEW BACKWARDS AND ROLLED ON THE NAKED ROAD CONCRETE AND STRUCK MY HEAD WITH A SOLID BANG WHICH KNOCKED ME UNCONSCIOUS I RECEIVED INJURIES TO ALL MY BODY PARTS, THE BACK OF MY HEAD AND FACE AROUND RIGHT EYE AREA MOUTH, RIGHT SIDE OF NECK, SHOULDERS, ARMS, HANDS, UPPER BACK AND LOWER BACK, TESTICLES, KNEES, LEGS, ANKLES AND FEET I LIVE WITH FREQUENT HEADACHES AND BLURRY VISION THESE WERE VISIBLE INJURIES AND INJURIES WITH BLEEDING WOUNDS AN EYEWITNESS SAW WHEN I GOT STRUCK AND I WAS KNOCKED UNCONSCIOUS. ANOTHER INDIVIDUAL THAT ARRIVED EXPLAINS THAT I WAS BLOODY ALL OVER MY BODY. SURROUNDING THE OUTCOME I WAS THEN ARRESTED MY ISSUE BEGINS WHEN I ARRIVED AT BROWARD COUNTY MAIN JAIL UPON MY INTAKE I WAS COMING IN AND OUT OF UNCONSCIOUSNESS THE BROWARD COUNTY MAIN JAIL NEVER SHOULD HAVE PERMITTED/MY ADMITTANCE WITHOUT THE OFFICER TAKING ME

TO A HOSPITAL FIRST AND THEN BEING CLEARED AND BROUGHT FOR SCREENING. UNFORTUNATELY THIS DID NOT HAPPEN THE FACILITY FAILED TO CARE AND DEMONSTRATED RECKLESS DISREGARD THAT AFFECTED ME THEN AND ONE YEAR AND FOUR MONTHS LATER IS STILL AFFECTING MY LIFE AND HEALTH. BECAUSE THE BROWARD COUNTY JAIL HOUSED ME IN MY CONDITIONS, I ALSO CAUGHT MRSA BECAUSE MY WOUNDS WERE EXPOSED. AND I WAS PLACED IN JAIL CELLS KNOWN TO BE FULL OF ALL SORTS OF DISEASES

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

IF THE COURTS UNDERSTAND I LIVE IN PAIN AND NEED MEDICAL ATTENTION AT THE SOONEST TIME POSSIBLE. IT'S CLEAR THAT I WILL NOT RECEIVE ANY MEDICAL TREATMENT HERE TO PROTECT THE OFFICER ALONG THE FACILITY AND THE FACILITIES MEDICAL CARE PROVIDER ARMOR CORRECTIONAL HEALTH INC. FROM A LAW SUIT THE BROWARD COUNTY MAIN JAIL PROVIDER HAS DENIED MY MOTIONS DIRECTLY FROM MY JUDGE TO GET OUTSIDE PROFESSIONAL MEDICAL TREATMENT PLUS AN MRI OR CATSCAN OR PHYSICAL EVALUATION THE JAIL IS IN TOTAL NON-COMPLIANCE AS THE PAIN THAT I LIVE IN DAY AND NIGHT IS MORE SEVERE THAN TWO TYLENOLS CAN RELIEF I HOPE THIS COURT BEHAVES APPROPRIATE TO MY HEALTH CONDITION THAT IS AT GREATER RISK IF I'M NOT HELPED SOON BY PUTTING THIS LAW SUIT IN MOTION SO THE BROWARD COUNTY MAIN JAIL AND IT'S PROVIDER ACT APPROPRIATE REGARDING MY HEALTH ISSUES.

## IV. Jury Demand

Do you demand a jury trial? (Yes) No

Signed this 8TH day of AUGUST, 2011

Xene Ramirez

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: ____________________

____________________

(Signature of Plaintiff)

GENE RAMIREZ
#5710003541
P.O. BOX 9356
FT. LAUD. FL. 33310
781-10